**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MILTON FRANKLIN                               CIVIL ACTION NO. 5:06-CV-151

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

WARDEN LSP                                    MAGISTRATE JUDGE HORNSBY

**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓     The certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___     The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 13th day of January, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE